IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RHONDA McKINLEY,** *et al.*                                                              **PLAINTIFFS**

**v.**                                       No. 4:23-cv-00902-BSM

**UNITED STATES OF AMERICA**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE